FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 2 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:14 CR 00079 JM |
| | ) | |
| DERRICO JAVIER MILLER | ) | 18 U.S.C. § 922(g)(1) |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the United States requests that the above-styled indictment be sealed until Defendant, Derrico Javier Miller, is in custody or has been released pending trial.

CHRISTOPHER R. THYER
United States Attorney

*(signature)*
ALEXANDER D. MORGAN
Assistant United States Attorney

## ORDER

The indictment in this matter shall be sealed until the Defendant is in custody or has been released pending trial.

*(signature)*
United States Magistrate Judge

4.2.14

#1 #2